# DISTRICT COURT OF MARYLAND FOR

**LOCATED AT (COURT ADDRESS):** Bourne Wing, Upper Marlboro, md. 20772

**CASE NO.:** CV

## PARTIES

**Plaintiff:** Nathaniel Myrick, 3115 Newkirk Ave, District Heights, md. 20747

**VS.**

**Defendant(s):**
1. Midland Funding, 16 McLeland Road, St. Cloud MN 56303
   - Serve by: ☒ Certified Mail

**ATTORNEYS** — For Plaintiff - Name, Address, Telephone Number & Code

---

**COMPLAINT** ☐ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

I asked Midland Not to call my house under the fair debt collection Act inrefrence to Any debt. They have done so Again. See Attachments.

(See Continuation Sheet)
☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☒ $ 5000.00 plus interest of $ _____ and attorney's fees of $ _____ plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code

Signer's Address: Nathaniel Myrick
Signer's Telephone Number: 301-420-8195
Signer's Facsimile Number, if any:
Signer's E-mail Address, if any:

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____

*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.*

☐ I am unable to determine whether or not any Defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____ Date _____ Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____ Date _____ Signature of Affiant

DC/CV 1 (front) (Rev. 7/2011) Print Date 7/2011